[No. 30445-3-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL WILLIAM KLUSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04504-1, Jim Bates, J., entered April 1, 1992. *Remanded with instructions* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J.

[No. 30273-6-I.   Division One.   May 17, 1993.]

ELLEN ANN WRIGHT, *Respondent*, v. EDWARD MANGOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 88-3-00323-4, Gilbert E. Mullen, J., entered February 10, 1992. *Remanded with instructions* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Baker, J.

[No. 28331-6-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK JOE SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03490-5, Carmen Otero, J., entered April 29, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.